UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. CROWTHER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRAD ESPINOSA, et al.,<br><br>　　　　　Respondents. | NO. CV 05-00794-AG (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: AUG 23, 2008.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE